## T. Phants v. The State.

1. Informations.—Affidavit alleged that the defendant, on a day designated, "did commit the offense of disturbing religious worship, contrary," etc. The information · founded thereon charged, with full and appropriate averments, that the defendant, on the day named in the affidavit, unlawfully and willfully disturbed a congregation · assembled for religious worship, etc.   The defendant excepted to the affidavit because it alleged no known offense, and to the information because not supported by a sufficient affidavit.   Held, that the information, taken in connection with the affidavit, is sufficient to support the conviction.

2. Practice in this Court.—When errors are not assigned in a misdemeanor case, this court will consider such only as go to the foundation of the action.

Appeal from the County Court of Milam.    Tried · below before the Hon. T. H. Brenan, County Judge.

The head-notes state the case.

M. Rogers, for the appellant.

George McCormick, Assistant Attorney General, for the State.

Winkler, J.    The information, taken in connection with the affidavit upon which it was based, is sufficient to support the conviction.

The application for a continuance was properly overruled.

There being no statement of facts in the record, we cannot inquire into most of the errors complained of ; and, in the absence of an assignment of errors in a misdemeanor case, we will only inquire into such errors as go to the foundation of the action.

The judgment is affirmed.

Affirmed.